UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KERBY CADET,

      Plaintiff,

v.                                                                    Case No. 3:14cv161/LC/CJK

R. HODGES,

      Defendant.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judges's  Report and Recommendation dated June 11, 2014 (doc. 5).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1)(B).  No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.  The Magistrate Judge's Report and Recommendation (doc. 5) is adopted and incorporated by reference in this order.

2.  This case is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

3.  The clerk is directed to close the file.

**DONE AND ORDERED** this 11th day of July, 2014.


s/*L.A. Collier*

**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**